Certificate Number: 06531-TXS-CC-038594879



06531-TXS-CC-038594879

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 21, 2024, at 8:23 o'clock AM CDT, Rebecca Lawrence received from Allen Credit and Debt Counseling Agency, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Southern District of Texas, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   June 21, 2024          By:    /s/Stephanie Kjetland

                               Name:  Stephanie Kjetland

                               Title: Credit Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).