**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| In Re: Jamie Kathleen Lawrence  Debtor | Case No.: 24−33971  Chapter: 7 |

**CLERK'S NOTICE**

No proof of attendance at an approved credit counseling course has been filed in this case.

Dated: 9/3/24

Nathan Ochsner
Clerk of Court